UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22647-CIV-SEITZ/MCALILEY

In Re:

The Complaint of SOUTH BEACH BOAT
CLUB, LLC, as Owner of a 22' Sea Ray
Bearing Hull ID Number: SERV3514B202,
in a cause for Exoneration from or Limitation
of Liability

  Petitioner.
_____/

In Re:

The Matter of ROLAND DESROCHERS,
GRAHAM SCHENA and CHRIS TRIER as
Owners of the M/V "Triple Play", Praying for
Exoneration from and/or Limitation of Liability,

  Petitioners.
_____/

**ORDER SETTING DEADLINE FOR FILING JOINT SCHEDULING REPORT AND
SCHEDULING HEARING FOR FEBRUARY 8, 2007**

  THIS MATTER is before the Court *sua sponte*. On December 18, 2006, Case Nos. 06-22647-CIV-SEITZ/MCALILEY and 06-22915-CIV-SEITZ/MCALILEY were consolidated into one case numbered as 06-22647-CIV-SEITZ/MCALILEY. For purposes of clarifying the deadline for filing the Joint Scheduling Report, it is hereby

  ORDERED that the parties shall submit their Joint Scheduling Report pursuant to the guidelines set forth in this Court's Order Requiring Joint Scheduling Report [DE 10] filed in Case No. 06-22915-CIV-SEITZ/MCALILEY by **January 30, 2007**.

IT IS FURTHER ORDERED that a scheduling hearing is set for this matter on **Thursday, February 8, 2007 at 8:30 a.m.** at 5th Floor Courtroom, 301 N. Miami Ave., Miami, Florida.

DONE AND ORDERED in Miami, Florida, this <u>8th</u> day of January, 2007.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record