UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-22647-CIV-SEITZ/MCALILEY

In Re:

The Complaint of SOUTH BEACH BOAT
CLUB, LLC, as Owner of a 22' Sea Ray
Bearing Hull ID Number: SERV3514B202,
in a cause for Exoneration from or Limitation
of Liability

    Petitioner.
_____/

In Re:

The Matter of ROLAND DESROCHERS,
GRAHAM SCHENA and CHRIS TRIER as
Owners of the M/V "Triple Play", Praying for
Exoneration from and/or Limitation of Liability,

    Petitioners.
_____/

**ORDER ON MARCH 19, 2007 HEARING AND REFERRAL TO MEDIATION**

THIS MATTER is before the Court on the March 19, 2007 Hearing. At the hearing, the Court and the parties addressed the Petitioners' Joint Motion for Expedited Mediation [DE 115] as well as the pretrial discovery deadlines. The parties agreed to attend an early mediation before Magistrate Judge William C. Turnoff. Additionally, the Court scheduled various discovery deadlines and status conferences that had not yet been finalized. Accordingly, it is hereby

    ORDERED that

    (1)    Petitioners' Joint Motion for Expedited Mediation [DE 115] is GRANTED. The parties shall contact the chambers of Magistrate Judge William C. Turnoff to schedule a mediation

time. The parties shall adhere to the mediation parameters set forth in the Court's Order of Referral to Mediation [DE 118]. Further, the parties shall conduct limited expedited discovery according to the following schedule in preparation for the early mediation.

    a. By **March 20, 2007 at 2:00 p.m.**, counsel for Claimants shall submit to counsel for Petitioners detailed interrogatories and lists of documents about which Claimants intend to depose each Petitioner. This discovery is limited to the narrow issues Claimants identified at the hearing.

    b. By **March 23, 2007**, counsel for Petitioners Desrochers, Trier and Shena shall have contacted HIG to determine if it is willing to submit to a deposition on the identified issues. If HIG is amenable to a deposition and if it is still necessary, than such deposition shall be completed by the **March 28, 2007** deadline.

    c. By **March 28, 2007**, Claimants shall complete the depositions of all Petitioners to facilitate the expedited mediation.

    (2) In addition to the deadlines enumerated in the Court's Trial Order [DE 117], the parties shall adhere to the following pretrial deadlines:

    a. Joinder of parties and amendment of pleadings shall be completed by **July 20, 2007**.

    b. The parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial by **September 21, 2007**.

    c. Claimants must furnish expert their witness list to Petitioners, along with the summaries/reports required, by Local Rule 16.1.K, by **August 15, 2007**.

    d. Petitioners must furnish their expert witness list to Claimants, along with the summaries/reports required by Local Rule 16.1.K, by **September 9, 2007**.

    e. All follow-up mediation must be completed by **December 7, 2007**.

(3)     Status conferences are set for the following dates.  In the event that a particular status conference is not necessary, the parties must submit a **JOINT** Notice of Cancellation five business days prior to the particular status conference.

    a.     **June 19, 2007 at 9:00 a.m.**

    b.     **September 20, 2007 at 9:00 a.m.**

    c.     **November 29, 2007 at 9:00 a.m.**

    d.     **February 5, 2008 at 9:00 a.m.**

DONE AND ORDERED in Miami, Florida, this 20th day of March, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record
The Honorable William C. Turnoff