**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 06-22647-CIV-SEITZ/MCALILEY

In Re:

The Complaint of SOUTH BEACH BOAT
CLUB, LLC, as Owner of a 22' Sea Ray
Bearing Hull ID Number: SERV3514B202,
in a cause for Exoneration from or Limitation
of Liability

       Petitioner.
_____/

In Re:

The Matter of ROLAND DESROCHERS,
GRAHAM SCHENA and CHRIS TRIER as
Owners of the M/V "Triple Play", Praying for
Exoneration from and/or Limitation of Liability,

      Petitioners.

_____/

In Re:

The Complaint of SOUTH BEACH BOAT
CLUB, LLC, as Owner of a 21' Sea Ray
Bearing Hull ID Number: SERV191H001,
in a cause for Exoneration from or Limitation
of Liability

      Petitioner.
_____/

**ORDER ON SEPTEMBER 20, 2007 STATUS CONFERENCE**

THIS CAUSE is before the Court on the September 20, 2007 status conference.  At the conference, the

Court addressed five outstanding issues: (1) Claimant Cardona's motion to enforce settlement and related motion

regarding equitable relief pertaining to medical lien claim; (2) Claimants' discussion regarding offer of settlement

from Third Party Defendant Aaron Schneider; (3) Andres Perez's motion to compel the completion mediation;[1] (4)

_____

[1]  Claimant the Estate of Monica Burguera moved to adopt the motion to compel [DE 280], which the Court
shall grant.

-1-

Petitioners' motion to compel better disclosures; and (5) the discovery deadline of October 15, 2007, remaining discovery and other pretrial deadlines.

The parties informed the Court that Item 1 has been resolved between Claimant Cardona and Petitioners, but there remains a single outstanding issue with a non-party insurance company.  The Court stated that Claimant Cardona should file a motion regarding this issue and it would be referred to Magistrate Judge McAliley for resolution.  Additionally, with regard to Item 2, the remaining four Claimants[2] informed the Court that they had reached a resolution with Third Party Defendant Aaron Schneider and that the proceeds of an insurance policy belonging to Mr. Schneider was divided amongst them.  Furthermore, Mr. Lee Teichner, counsel for Claimant Cardona, represented that none of the settled Claimants sought to recover from the insurance policy, and the remaining Claimants acknowledged that they are foreclosed from bringing any claims against Claimant Cardona.

In relation to Item 3, the Court granted the motion of Claimants Andres Perez and the Estate of Monica Burguera to compel the completion of mediation in that the Court required the parties to meet with Mr. Lewis Jack and mediate the remaining claims by October 12, 2007.  Mr. Jack has informed the Court that he is available on four dates: September 27, 2007, or October 8, 10, or 12, 2007.  Additionally, the Court stated that the representative for the Petitioners' insurance company may participate in the mediation by phone.  Finally, the Court encouraged the insurer's counsel, Ms. Sherouse, and the remaining Claimants' counsel to continue to negotiate separately to reach a settlement agreement.

Regarding Item 4, the Court extended the deadline for the parties to submit their expert reports.  Claimants must submit ALL expert reports by October 15, 2007 and Petitioners must submit ALL their expert reports by November 1, 2007.  Additionally, the Court informed the parties that there would be no further extensions of time and that any expert who has not timely submitted his/her report would be precluded from testifying at trial.

---

[2] Claimants the Estate of Noel-Pou, Alejandro Hernandez-Cruz, Angel Accornero, Jose Gonzalez and Edwin Cardona have settled their claims.  The remaining Claimants are the Estate of Monica Burguera, Adeilada Perez, Jennifer Martell, and Carlos Velasquez.

Finally, as to Item 5, the Court extended all the pretrial deadlines and the trial date.[3]  The Court extended the discovery cutoff date to November 30, 2007 and the dispositive and Daubert motion deadline to December 7, 2007. The pretrial stipulation is due on March 21, 2007 and the pretrial conference is scheduled for April 2, 2007.  The trial is scheduled for the two-week period commencing April 28, 2007 with calendar call on April 23, 2007.

Therefore, consistent with the discussion at the status conference, it is hereby

ORDERED that

(1)    Claimant the Estate of Monica Burguera's motion to adopt Claimant Andres Perez's motion to compel completion of mediation [DE 280] is GRANTED.

(2)    Claimants Andres Perez and the Estate of Monica Burguera's motion to compel the completion of mediation [DE 270] is GRANTED.  No later than **October 12, 2007**, the parties shall schedule and complete a final mediation with Mr. Lewis Jack on one of Mr. Jack's available dates.

(3)    Petitioners' motions to extend the deadline for submitting expert reports [DE 273, 274] are GRANTED.  Petitioners shall submit their reports consistent with the new deadlines set forth in this Order.

(4)    Petitioners' joint motion to compel better disclosures or strike claimants' expert witnesses [DE 286] is GRANTED.  The expert reports submitted by the Plaintiffs are STRICKEN.  Plaintiff may submit new expert reports consistent with the new expert report disclosure schedule set forth in this Order.

(5)    The pretrial deadlines and trial date are amended consistent with the schedule set forth in this Order.

No further extensions of time will be granted.

DONE AND ORDERED in Miami, Florida, this 20th day of September, 2007.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Mediator Lewis Jack
       Christienne Sherouse, Counsel for Petitioners' Insurers

---

[3]  While it was not addressed at the status conference, the Court shall extend the deadline for furnishing opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial to October 15, 2007.